IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:20MJ  297 |
| | ) | |
| JANE CUSTER, | ) | |
| | ) | Court Date: November 2, 2020 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

(Misdemeanor 7870253)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about September 28, 2020, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, JANE CUSTER, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of marijuana, a Schedule I controlled substance.

(In violation of Title 21, United States Code, Section 844(a).)

Respectfully submitted,

G. Zachary Terwilliger
United States Attorney

By: *(signature)*
Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 23 2020, a true and correct copy of the Criminal Information was mailed to the defendant at:

Jane Custer
1330 Twigg Avenue
Lebanon, Pennsylvania 17046

By: _____
Sean Rowland
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3776
Fax: (703) 299-3980
Email: sean.rowland@usdoj.gov